Rev. 4/18

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
### CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*     11th Circuit Docket Number: 25-13913-E

| Caption: | District and Division: U.S. District Court for the Middle District of Florida, Fort Myers Division |
|---|---|
| **Shannon Schemel, et al.** | Name of Judge: Judge Kyle C. Dudek |
| | Nature of Suit: Civil Rights: Other Civil Rights (440) |
| v. | Date Complaint Filed: 02/07/2022 |
| | District Court Docket Number: 2:22-CV-00079 |
| **City of Marco Island, Florida** | Date Notice of Appeal Filed: 11/05/2025 |

☐ Cross Appeal   ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a)  Caption: _____
(b)  Citation: _____
(c)  Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Andreia Trifoi<br><br>John J. Vecchione | 4250 N. Fairfax Dr. Suite 300 Arlington, VA 22203 | andreia.trifoi@ncla.legal; (202) 918-6903<br><br>john.vecchione@ncla.legal; (202) 918-6902 |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Anne R. Flanigan<br><br>Matthew H. Mandel | 200 East Broward Blvd, Suite 1900 Fort Lauderdale, Florida 33301 | aflanigan@wsh-law.com; (954) 763-4242<br><br>mmandel@wsh-law.com; (954) 763-4242 |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☑ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$_____ |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$_____ |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$_____ |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to _____ |
| | ☐ Final Agency Action (Review) | ☐ Judgment/Jury Verdict | Injunctions:<br>☐ TRO |
| | ☐ 54(b) | ☐ Judgment/Directed Verdict/NOV | ☐ Preliminary   ☐ Granted |
| | | ☐ Injunction | ☐ Permanent   ☐ Denied |
| | | ☐ Other _____ | |

Based on your present knowledge:

(1)   Does this appeal involve a question of First Impression?   ☑Yes   ☐No
      What is the issue you claim is one of First Impression? See attached

(2)   Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☑Yes   ☐No

       If Yes, provide
       (a)   Case Name/Statute  Carpenter v. United States, 585 U.S. 296 (2018)
       (b)   Citation
       (c)   Docket Number if unreported

(3)   Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)   Arises from substantially the same case or controversy as this appeal?   ☐Yes   ☑No
       (b)   Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☑Yes   ☐No

       If Yes, provide
       (a)   Case Name  Schmidt v. City of Norfolk
       (b)   Citation
       (c)   Docket Number if unreported  2:24-cv-00621
       (d)   Court or Agency  U.S. District Court for the Eastern District of Virginia

(4)   Will this appeal involve a conflict of law
       (a)   Within the Eleventh Circuit?   ☐Yes   ☑No
       (b)   Among circuits?   ☐Yes   ☑No

       If Yes, explain briefly:

(5)   Issues proposed to be raised on appeal, including jurisdictional challenges:

      See attached

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 18 DAY OF November , 2025 .

Andreia Trifoi                                                          /s/ Andreia Trifoi
_____                          _____
NAME OF COUNSEL (Print)                                        SIGNATURE OF COUNSEL

# CIVIL APPEAL STATEMENT

**(1) What is the issue you claim is one of First Impression?**

Whether the use of automated license plate recognition (ALPR) systems to capture and retain license plate data constitutes a search within the meaning of the Fourth Amendment to the U.S. Constitution?

**(5) Issues proposed to be raised on appeal, including jurisdictional challenges:**

- Whether Plaintiffs plausibly alleged a cognizable privacy interest and a search under the Fourth Amendment by asserting that Defendant's collection and maintenance of ALPR records for at least three years violates Plaintiffs' legitimate expectation of privacy in "the whole of their physical movements," as recognized in *Carpenter v. United States* (2018)?
- Whether the Court erred in distinguishing *Carpenter* by focusing only on the means by which government gathers its data?
- Whether the Court improperly decided on a motion to dismiss that Defendant's ALPR program does not violate Plaintiffs' Fourth Amendment rights, because whether ALPRs provide law enforcement officials data sufficient to discern Plaintiffs' historical movements, for example, is a fact-specific issue?